**Vino Kumar SAVAL and Gita Kamala Nanikram, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 05–75622.

United States Court of Appeals, Ninth Circuit.

May 5, 2011.

Alison L. Dixon, Law Office of Alison Dixon, San Francisco, CA, for Petitioners.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Robert Markle, OIL, Norah Ascoli Schwarz, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Washington, DC, Joan Elizabeth Marshall, Trial, DOJ—U.S. Department of Justice, Dallas, TX, for Respondent.

Agency Nos. A071–950–956, A071–950–957.

Before: JOHN T. NOONAN, M. MARGARET McKEOWN [1], and CONSUELO M. CALLAHAN, Circuit Judges.

## ORDER

Respondent's motion to vacate the judgment is granted. The opinion and dissent filed on September 23, 2010 are hereby withdrawn.

---

1. Judge McKeown was drawn to replace Judge Hall on this panel after her death.